**RECEIVED AUG 2 2 2022 BY MAIL**

United States Eastern District Court
St. Louis, Missouri Republic

| | | |
|---|---|---|
| MICHAEL C. A. WALSH, | ) | |
| | ) | **Amended Complaint** |
| Plaintiff, | ) | **Bill in Equity** |
| | ) | |
| vs. | ) | |
| | ) | |
| SCOTT SPENCER, et. al., | ) | Case No. _____ |
| | ) | |
| Defendant, | ) | |
| | ) | |

### Jurisdiction and Venue

1. Exclusive Jurisdiction in this matter is hereby granted by Michael-Charles: family of Walsh, authorized representative for the firm/name MICHAEL C. A. WALSH, by way of sufficiency of pleadings (see Affidavit in Support of Amended Complaint Bill in Equity);

2. The venue of this court is correct as MICHAEL C. A. WASLH, does business in the STATE OF MISSOURI, AND Michael-Charles: family of Walsh, is diverse from SCOTT SPENCER, et. al., doing business in STATE OF MISSOURI, and the amount in controversy exceeds Seventy-five thousand ($75,000.00) dollars;

### Parties

3. MICHAEL C. A. WALSH, has established a residency in the STATE OF MISSOURI, for over one year;

4. SCOTT SPENCER, et. al., demonstrates a residency in the jurisdiction of the UNITED STATES and does Business in the STATE OF MISSOURI;

## Facts

5. Plaintiff has exhausted administrative remedy and comes to this court of equity with clean Hands and in good faith (see attached exhibits 101-104);

6. Plaintiff's administrative remedy is res judicata;

7. Failure of Defendant to respond in this matter is stare decisis;

8. Plaintiff's administrative remedy is ripe for judicial review, and there are no facts in controversy;

## Legal Claims

9. Plaintiff is entitled to relief in this equitable claim;

10. Defendant is estopped for failure to respond to original administrative process;

11. Plaintiff has placed the facts and law before this honorable court;

## Relief Sought

12. Plaintiff requests judicial review of his administrative process and remedy;

13. Plaintiff requests this court to find the facts and execute on the law of the contract before this Court;

14. Plaintiff requests summary judgment on his administrative remedy;

15. Plaintiff requests the court order Defendant to pay the sum of one million ($1,000,000.00) dollars to Plaintiff;

16. Plaintiff requests the court to order Defendant to produce a detailed list of all financials, securities, properties, cash and assets on hand, and a detailed list of all accounts identifying Defendant as account holder or account co-holder, itemizing all balances being held therein;

17. Plaintiff requests the court to release the Order of the Court to MICHAEL C. A. WALSH.

Respectfully submitted by order of MICHAEL C. A. WALSH

By: _____
Michael-Charles: family of Walsh,
authorized representative of MICHAEL C. A. WALSH
Trust Account Beneficiary
Account holder
General Delivery
[% 4117 State Hwy. 21 South]
Grandin
Missouri Republic [63901]
Non-Domestic
**Phone:** 1 (573) 944-2717
**Email:** m.walsh276@gmail.com

## NOTARY PUBLIC JURAT

Missouri Republic    )
                     ) ss
County of Carter     )

Autographed and Affirmed to before me on this 17th, day of ____August____, 2022, by: Michael-Charles: family of Walsh, and has proven to me on the basis of satisfactory evidence, to be the living man who is before me:

**WITNESS** my hand and official seal.

_____ SEAL
Notary Public's Signature

DANIELLE NICOLE STRAIN
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES MAY 18, 2026
BUTLER COUNTY
COMMISSION #22225556

My Commission expires: May 18th 2026



**Michael-Charles:
House of Walsh**
General Delivery
[℅ 4117 State Hwy. 21 South]
Grandin
Missouri Republic [63943]
Non-Domestic
Phone: (573) 944-2717
Email: m.walsh276@gmail.com

Date: August 15, 2022

## Affidavit in Support of Amended Complaint Bill in Equity

i, man, known to all men in name and style Michael-Charles, proper Christian appendage of Michael-Charles: of the family of Walsh, am of full capacity. i am a living man, and a servant of God Almighty. i am competent to handle my own affairs and litigate the same. i am of full sound mind under no duress, drugs, or alcohol. i, man, with full innumerable-unalienable rights. i am with no legal-disability and/or diminished capacity and/or diminished-status and am known as a States man fully knowing the penalties of perjury before God and man, do state the following facts to be true to the best of my knowledge so help me God;

1. On May 19, 2022, this affiant started the administrative process by sending Scott Spencer, d/b/a Chief Executive Officer, of Sterling Bank, a Notice and Demand For Full Forensic Accounting Summary requiring full disclosure of ALL accounts known and unknown to this affiant, listing ALL transactions, via their fax number (573) 686-5685. Spencer, was given ten (10) days in which to produce these full forensic accounting summaries, in which he failed to respond. The result report from the fax service states that said notice was sent successfully. An employee of Sterling Bank called this affiant on May 19, 2022, verifying that the affiant had sent said notice therefore, confirming that it had in fact been received by Spencer (see EXHIBIT 101 Notice and Demand and fax confirmation receipt);

2. On June 01, 2022, this affiant sent Scott Spencer, d/b/a Chief Executive Officer, of Sterling Bank, the Notice of Default and Demand For Full Forensic Accounting Summary requiring full disclosure of ALL accounts known and unknown to this affiant, listing ALL transactions, via their fax number (573) 686-5685. Charges were established in the presence of two or more witnesses, (Matthew 18:16 KJV) "But if he will not hear thee, then take with thee one or two more, that in the mouth of two or three witnesses every word may be established." Spencer was given ten (10) days in which to respond and produce the accounting summaries. He refused to respond, agreeing to the charges through his acquiescence (see EXHIBIT 102, Notice of Default and fax confirmation receipt );

3. On June 20, 2022, affiant mailed the Acceptance of Default addressed to: Sterling Bank, ATTN: Scott Spencer, 1100 Sterling Drive, Poplar Bluff, Missouri 63901 via the USPS Registered Mail No. __RF 503 230 165 US__ . Delivery occurred on June 23, 2022, signature card receipt (PS form 3811) confirms that it was received by "Agent Ron Kinsely," employee of Sterling Bank. Spencer, was given thirty (30) days to respond and failed to do as such, therefore agreeing to all statements and charges contained in this Acceptance of Default, through his acquiescence and has agreed to owing affiant the sum of one million dollars ($1,000,000.00) (see EXHIBIT 103, Acceptance of Default, and EXHIBIT 104, USPS signature return card);

4. Throughout the administrative process the Spencer, has agreed, on three (3) separate occasions, that there have been additional accounts created within Sterling Bank, located in Poplar Bluff, Missouri, using affiant's personal information and/or the social security number assigned to affiant, trust beneficiary, without affiant's knowledge or consent.

5. That this affiant has completed the administrative process against Scott Spencer, without any

dispute and/or rebuttals thus no controversy in this matter;

It is done.

Without ill or vexation.

**Whereas,** by placing my hand and seal upon this Affidavit in Support of Amended Complaint Bill in Equity, i, man, do declare these writings to be true and correct to the best of one's knowledge and belief;

This is the sign of genuineness in every letter of mine; it is the way i write. The grace of our Lord Jesus Christ be with you!

**Dated:** August __17__, 2022 @ __10:41 AM__.

Respectfully,
By: _____
Michael-Charles: family of Walsh
**Trust Beneficiary**
**Account holder**
**All Rights Reserved - Retained- Engaged**

General Delivery
[℅ 4117 State Hwy. 21 South]
Grandin
Missouri Republic [63901]
Non-Domestic
**Phone:** 1 (573) 944-2717
**Email:** m.walsh276@gmail.com

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL./NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

* * * **VOID WHERE PROHIBITED BY LAW** * * *

AFFIDAVIT OF TRUTH
STATEMENT OF FACT

Page 3 of 4

## NOTARY PUBLIC JURAT

Missouri Republic    )
                     ) ss
County of Carter     )

Autographed and Affirmed to before me on this 17th, day of ____August____, 2022, by: Michael-Charles: family of Walsh, and has proven to me on the basis of satisfactory evidence, to be the living man who is before me:

**WITNESS** my hand and official seal.

_____ SEAL
Notary Public's Signature

DANIELLE NICOLE STRAIN
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES MAY 18, 2026
BUTLER COUNTY
COMMISSION #22225556

My Commission expires: May 18th, 2026